| | |
|---|---|
| COUNTY OF<br>UNITED STATES DISTRICT COURT | INDEX NO: 08CV00157<br>FILED ON: January 8, 2008<br>DISTRICT: Southern/New York |

*Fred Alston, as Trustee of the Local 272 Labor-Management Pension Fund; Fred Alston, as Trustee of the Local 272 Welfare Fund*

vs                                                                                           Plaintiff(s)

*APCOA/ Standard Parking, Inc.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:                **AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

___Stephen L. Collen___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___January 25, 2008___, at ___11:00am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed ___Summons in a Civil Case, Complaint___, on

___APCOA/ Standard Parking, Corporation h/s/a .APCOA/ Standard Parking, Inc.___,

Defendant in this action, by delivering to and leaving with ___Donna Christie___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant. Description of the person served: Approx. Age: __44 years__  Approx. weight: __130 lbs__  Approx. Ht.: __5'5"__  Sex: __female__  Color of skin: __white__  Color of hair: __brown__  Other: _____

Sworn to before me on ___January 29, 2008___

*[signature]*
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

*[signature]*
Stephen L. Collen

Invoice·Work Order # 0800528