J. Dubin 678783
1004000

ORIGINAL

UNITED STATES DISTRICT COURT
COUNTY OF

INDEX NO: 08CV00157
FILED ON: January 8, 2008
DISTRICT: Southern/New York

Fred Alston, as Trustee of the Local 272 Labor-Management Pension Fund; Fred Alston, as Trustee of the Local 272 Welfare Fund

vs

Plaintiff(s)

APCOA/ Standard Parking, Inc.

*Amended*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

___Shayne Collen___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___February 1, 2008___, at ___11:00am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed ___Summons in a Civil Case, Complaint___, on ___Standard Parking, Corporation h/s/a .APCOA/ Standard Parking, Inc.___

Defendant in this action, by delivering to and leaving with ___Donna Christie___, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section ___306 Business Corporation Law___.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by ☐ Registered or ☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____ to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___44 years___   Approx. weight: ___130 lbs___   Approx. Ht.: ___5'5"___
Sex: ___female___   Color of skin: ___white___   Color of hair: ___brown___   Other: _____

Sworn to before me on ___February 5, 2008___

_[signature]_
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

_[signature]_
Shayne Collen

Invoice·Work Order # 0800528

**AMENDED AFFIDAVIT**