USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRED ALSTON, as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON, as a Trustee of THE LOCAL 272 WELFARE FUND,

Plaintiffs,

- against -

APCOA/STANDARD PARKING, INC.,

Defendant.

Docket No. 08 CV 00157 (DAB)(KNF)

STIPULATION EXTENDING TIME TO ANSWER

---

IT IS HEREBY STIPULATED, by the undersigned parties, that the defendant APCOA/STANDARD PARKING, INC.'s time to appear, amend or supplement its answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended up to and including the 21st day of March 2008. APCOA/STANDARD PARKING, INC. will not assert any affirmative defenses as to improper service.

Dated: New York, New York
March 7, 2008

By: Howard P. Klar, Esq. (HPK-0237)
GALLO VITUCCI KLAR PINTER & COGAN
*Attorneys for Defendant*
90 Broad Street, 3rd Floor
New York, New York 10004
Tel (212) 683-7100
Fax (212) 683-5555

By: Jeffery S. Dubin, Esq. (JSD-0446)
JEFFREY S. DUBIN, ESQ.
*Attorney for Plaintiffs*
464 New York Avenue, Suite 100
Huntington, New York 11743
Tel (631) 351-0300
Fax (631) 351-1900

So Ordered:

Deborah A. Batts
Judge, U.S.D.C.     3/12/2008